IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DASHEKA WILSON, | No. 4:23-CV-00765 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| CIOCCA MUNCY HO INC. d/b/a CIOCCA HONDA OF WILLIAMSPORT, | |
| Defendant. | |

## ORDER

### OCTOBER 2, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss (Doc. 11) is **GRANTED** as to the *quid pro quo* sexual harassment claims in Count I and Count III.

2. Defendant's Motion to Dismiss (Doc. 11) is **DENIED** as to all other claims in Count I, Count II, and Count III.

3. Defendant's Motion to Strike (Doc. 11) is **GRANTED in part**. The factual allegations in Paragraph 28 are stricken as to Count I and the factual allegations in Paragraphs 28, 29, 30, 31, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, and 44 are stricken as to Count III.

4. Plaintiff may file an amended complaint no later than fourteen (14) days from the date of this Order. If no amended complaint is filed by that date, the identified paragraphs will be stricken from the complaint.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge